# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:11-CR-120-RLH-(CWH) |
| ANDREW SWAN, | ) |
| Defendant. | ) |

# PRELIMINARY ORDER OF FORFEITURE

On January 23, 2013, defendant ANDREW SWAN pled guilty to Counts One through Three of a Three-Count Criminal Indictment charging him in Count One with Conspiracy to Commit Wire Fraud in violation of Title 18, United States Code, Sections 1343 and 1349; and in Counts Two and Three with Wire Fraud in violation of Title 18, United States Code, Section 1343 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Indictment. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. ___.

This Court finds that ANDREW SWAN shall pay a criminal forfeiture money judgment of $532,335.00 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. ___.

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ANDREW SWAN a criminal forfeiture money judgment in the amount of $532,335.00 in United States Currency.

DATED this  23rd  day of  January , 2013.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Michelle C. Lewis, certify that the following individuals were served with copies of the Order of Forfeiture on January 23, 2013, by the below identified method of service:

<u>E-Mail/ECF</u>

Chris T. Rasmussen
Rasmussen & Kang, LLC
330 S. Third Street, Suite 1010
Las Vegas, NV 89101
rasmussenlaw@gmail.com
*Counsel for Andrew Swan*

Joseph Shemaria
Law Offices of Joseph Shemaria
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
LALAWYR1@aol.com
*Counsel for Andrew Swan*

/s/Michelle C. Lewis
MICHELLE C. LEWIS
Paralegal Specialist