UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) 2:11-CR-120-RLH-(CWH) |
| ANDREW SWAN, | ) ) |
| Defendant. | ) |

**SUBSTITUTION AND FORFEITURE ORDER**

This Court, having read and considered the United States of America's Motion to Substitute and to Forfeit Property of Andrew Swan, and good cause appearing, finds the assets described below are owned by Andrew Swan and that the property subject to criminal forfeiture (1) cannot be located upon the exercise of due diligence; (2) has been transferred to a third party; and (3) has been placed beyond the jurisdiction of the court.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the following asset is substituted and is forfeited to the United States of America pursuant to 21 U.S.C. § 853(p)(1)(A)-(C) and (p)(2):

1. Any and all United States Currency scheduled to be distributed to Andrew Swan from the Estate of Marcus J. Swan, State of Illinois, Circuit Court of the Eleventh Judicial Circuit, Woodford County, Illinois, Case Number 14-P-70, as held in the Trust Account of Deneen and Deneen Law Office, 202 S. Eldorado Road, Bloomington, Illinois 61704.

(all of which constitutes "property").

. . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States of America should take into custody the aforementioned property;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all right, title, and interest of Andrew Swan in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

. . .

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

>   Daniel Hollingsworth
>   Assistant United States Attorney
>   Lloyd D. George United States Courthouse
>   333 Las Vegas Boulevard South, Suite 5000
>   Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 18th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE